## 47004. VARNEDORE v. THE STATE.

HALL, Presiding Judge. Defendant appeals from his conviction for the offense of failing to pay for agricultural products purchased on a cash sale basis. *Code Ann.* § 5-9914.

The evidence would authorize a finding that this was a cash sale. The court's charge on the subject merely instructed the jury that some reasonable delay between delivery and payment in order to compute the price would not preclude a finding of cash sale. See *Troup v. State,* 209 Ga. 9 (70 SE2d 470).

The evidence would also authorize a finding that the offense was committed in Telfair County as defendant arranged and paid for shipment from the collection point there to his place of business. Venue was therefore proper. *Garmon v. State*, 219 Ga. 575 (4) (134 SE2d 796).

All other enumerations of error are without merit.

*Judgment affirmed. Pannell and Quillian, JJ., concur.*
ARGUED MARCH 2, 1972—DECIDED APRIL 3, 1972—
REHEARING DENIED APRIL 28, 1972.

*J. Laddie Boatright*, for appellant.
*Albert D. Mullis, District Attorney*, for appellee.